IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENKART RIGGING, A DIVISION OF SPRING HILL INDUSTRIES, INC., | Case No.: 2:12-cv-01467-GLL |
| Plaintiff, | |
| v. | |
| TOTAL LIFTING TECHNOLOGIES, INC. t/d/b/a RIGGER LIFT, a Michigan corporation; DIRK RINZ, an individual; and DONNA RINZ, an individual, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 28th day of January, 2013, upon consideration of the Plaintiff's Motion for Alternate Service, it is hereby ORDERED, ADJUDGED AND DECREED that service of Plaintiff's Summons and Complaint shall be served upon Defendant, Rigger Lift, in this action, by posting of the premises located at 1187 West Bristol Road, Suite C, Flint, Michigan 48507 by a United States Marshal or deputy marshal or any person who is at least 18 years old and not a party to this case.

Hon. Gary L. Lancaster,
Chief United States District Judge